MILTON J. NEUMANN, Respondent, v. IRWIN I. SHLANSKY, Defendant, and JAY SHLANSKY, Appellant.—

Martuscello, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.  [63 Misc 2d 587.]

ALBERT ROTHENBERG, Respondent, v. ARISTA TRUCK RENTING CORP., Appellant, et al., Defendant.—

Rabin, P. J., Shapiro, Christ and Benjamin, JJ., concur.